The People of the State of Illinois, defendant in error, v. Joseph Shraeder, plaintiff in error. Gen. No. 29,106.

Prosecution for larceny. Defendant convicted. Error to the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed January 26, 1925.

Eugene McCaffrey, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Justice Johnston delivered the opinion of the court.